IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-343-BO-BM

| | |
|---|---|
| DANIEL BISSONNETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RED HAT, INC., ) | |
| ) | |
| Defendant. ) | |

This cause comes before the Court on the parties' joint status report. [DE 32]. On August 30, 2023, the Court granted defendant's motion to compel arbitration and stayed this action pending the resolution of the arbitration proceedings. [DE 16]. A hearing is scheduled in the arbitration proceedings for February 2026. [DE 32].

As no substantive action has been taken in this case since the stay was entered, the clerk is DIRECTED to remove this case from the Court's active docket. At the conclusion of the arbitration proceedings, the parties shall jointly and promptly notify the Court what issues, if any, remain for adjudication. The parties shall continue to file joint status reports and shall do so every ninety days.

SO ORDERED, this _19_ day of September 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE